**NEALE & FHIMA APC**
AARON D. FHIMA, ESQ. (SBN 296408)
Chelsea D. Hollins, Esq. (SBN 305229)
9846 Research Drive
Irvine, CA 92618
Telephone: (949) 661-1007
Facsimile: (949) 661-3619
Email Service: chelseahollons@nealefhima.com
　　　　　　　cindieianni@nealefhima.com

Attorneys for Plaintiff, *CHADNEY MITCHELL*

MELINA MANETTI (SBN 318350)
mmanetti@shb.com
SHOOK, HARDY & BACON LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant, *FORD MOTOR COMPANY*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADNEY MITCHELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, a corporation, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 8:25-cv-01009-ADS <br><br> *Assigned to the Honorable* <br> *Judge Autumn D. Spaeth* <br><br> **NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE** |

-1-
**NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE**

## NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE

Plaintiff CHADNEY MITCHELL ("Plaintiff") and FORD MOTOR COMPANY ("Defendant") respectfully submit this Notice of Joint Settlement of the Case and inform the Court as follows:

1. The Parties have settled and have entered into a settlement agreement.

2. Parties will file a Joint Dismissal once settlement funds are received.

3. Based on the foregoing, the Parties respectfully request the Court to vacate all future appearances and deadlines in the case.

Dated:   August 22, 2025            **SHOOK, HARDY & BACON L.L.P.**

By:   */s/ Melina Manetti*
      Melina Manetti

      Attorneys for Defendant
      FORD MOTOR COMPANY

Dated:   August 22, 2025            **NEALE & FHIMA APC**

By:   */s/ Chelsea D. Hollins*
      Chelsea D. Hollins

      Attorneys for Plaintiff
      CHADNEY MITCHELL

# CERTIFICATE OF SERVICE

I hereby certify that on this day of August 22, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: August 22, 2025

_____
Cindie Ianni