JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  8:25-01009 ADS                              Date:  August 25, 2025

Title:  *Chadney Mitchell v. Ford Motor Company, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE NOTICE OF SETTLEMENT**

In light of the Notice of Settlement filed on August 22, 2025 (Dkt. No. 15), indicating the parties have reached a settlement in the action, the parties shall file a Notice of Dismissal of all claims by September 22, 2025.  If no dismissal is filed, this action shall be deemed dismissed as of September 22, 2025.  All previously set deadlines and dates are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk kh